UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

BILLY ACEVEDO,

                *Plaintiff*,            20 Civ. 7938 (PAC)

    -v-                            **ORDER**

PORT AUTHORITY TRANS HUDSON
CORP.,

               *Defendant.*

------------------------------------------------------------X

      The Court **GRANTS** Defendant Port Authority Trans Hudson Corp.'s ("PATH's") Motion *in Limine* to bar testimony and evidence of a prior accident involving PATH employee Gregory Steiger. *See* Def.'s MIL, ECF No. 25. Steiger's March 7, 2017, injury was caused by a defective tripod turnstile with a "bent tab," *see* Def. Mem. at 2, ECF No. 27, while Plaintiff Acevedo's injury is allegedly the result of inadequate and improper staffing, not defective machinery. *See* Pl.'s Opp. at 2, ECF No. 31. The Court therefore agrees that the circumstances surrounding Steiger's injury are not "substantially similar," *see Lidle v. Cirrus Design Corp.*, 505 Fed. Appx. 72, 74–75 (2d Cir. 2012) (summary order), to the circumstances surrounding Acevedo's injuries as to make it relevant. The evidence and testimony are thus excluded, without prejudice to the inclusion of testimony about what any witness perceived at the time, place, and date of Acevedo's accident.

Dated: New York, New York           SO ORDERED
        October ___, 2022

                                                   HONORABLE PAUL A. CROTTY
                                                   United States District Judge